# EXHIBIT 1

# CERTIFICATE OF COPYRIGHT REGISTRATION

**FORM PA**
UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*David Ladd*
REGISTER OF COPYRIGHTS
United States of America

REGISTRATION NUMBER

**PAu 469-609**

PA (PAU)

EFFECTIVE DATE OF REGISTRATION

Jan. 6, 1983
Month Day Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1** TITLE OF THIS WORK ▼

Shadows

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF THIS WORK ▼ See instructions

pantomime drama

---

**2**

**a** NAME OF AUTHOR ▼
Teller (pseudonym for Raymond Teller)

DATES OF BIRTH AND DEATH
Year Born ▼ 1948   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
Citizen of ▶ U.S.A.
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼

all stage directions and actions text

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of country
Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼

---

**3** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED   This information must be given in all cases.
1976 ◀ Year

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶   Day ▶   Year ▶   ◀ Nation

---

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Teller
c/o J. Teller
2032 Cherry Street, Philadelphia, PA 19103

APPLICATION RECEIVED
06 JAN 1983
ONE DEPOSIT RECEIVED
06 JAN 1983
TWO DEPOSITS RECEIVED

See instructions before completing this space.

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

REMITTANCE NUMBER AND DATE
94115 JAN 6 83

FORM PA

PAu 469-609

CHECKED BY EAB

☐ CORRESPONDENCE Yes

☐ DEPOSIT ACCOUNT FUNDS USED

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5 PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**6 DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼
none

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
none

**7 DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼      **Account Number** ▼
none

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/Zip ▼
Teller
c/o J. Teller
2032 Cherry Street
Philadelphia, PA 19103
Area Code & Telephone Number ▶ 714-891-0602 or message 215-568-1194

**8 CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▼
☒ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of ___
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.
Teller (Raymond Teller)                                date ▶ Jan 2, 1983

Handwritten signature (X) ▼
*(signed)* Teller (Raymond Teller)

**9 MAIL CERTIFICATE TO**
Name ▼
Raymond Teller
Number/Street/Apartment Number ▼
2032 Cherry Street
City/State/ZIP ▼
Philadelphia, PA 19103

Certificate will be mailed in window envelope

Have you:
• Completed all necessary spaces?
• Signed your application in space 8?
• Enclosed check or money order for $10 payable to *Register of Copyrights*?
• Enclosed your deposit material with the application and fee?
MAIL TO: Register of Copyrights, Library of Congress, Washington, D.C. 20559.

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# SHADOWS

## by Teller

SETTING: Stage center is a projection screen composed of a piece of paper 4 feet high and 3 feet wide, stretched on a frame, supported by an easel.

Six or seven feet directly downstage of the screen is a small spotlight at stage floor level. It shines up at the screen.

Between the two, supported on a little table, is a rose in a bud vase. The rose has a central stem topped by a red blossom, and a branch with leaves on either side.

When the spotlight is turned on, the vase and rose cast a sharp shadow on the screen.

CHARACTER: The Murderer. He carries a large, glistening dagger.

HISTORICAL NOTE: This gothic pantomime has been performed by its creator over 1100 times since 1976. It's about time he registered a copyright, don't you think?

Copyright 1983 by Teller

ACTION:

The stage is dark.

The spotlight is slowly illuminated, revealing the rose and the vase, and casting their shadows on the screen.

The Murderer becomes visible, lurking stage right, turning his dagger thoughtfully in his fingers.

He looks up and sees the rose.  He takes a few steps towards it.

He notices the shadow, and takes a few more steps, bringing himself to the (stage right) edge of the screen.

He looks down at the (stage right) branch of the rose.  He looks back at the shadow of that brnach.  He raises the dagger.



He places the tip of the dagger on the paper screen, just at the point where the shadow of the branch joins the shadow of the leaves.  He stabs gently through the paper.

The (stage right) leaves of the real rose fall, breaking from the stem at exactly the point where the shadow was cut.

Copyright 1983 by Teller

The Murderer pauses, then glides to the far (left) edge of the screen. He looks at the remaining (stage right) leaf-branch.

Again he cuts through the shadow, and again the corresponding real rose leaves fall.

He looks at the blossom.

He raises the dagger, placing its tip on the shadow of the stem just where it joins the blossom. He pierces the paper.

One by one petals start to fall.

He twists the knife. More petals fall. Only one remains.

He gives a final jab. The last petal drops off.

He lowers the dagger. He contemplates the stem of the rose, now pruned of its leaves and its flower.

As he turns the dagger thoughtfully in his fingers, he accidentally pricks his right thumb on the point of the knife.* He reacts, drawing a quick breath, and bringing his thumb quickly to his mouth to suck the blood from the wound.

Abruptly, as if struck by an idea, he looks at the rose stem, and up at the shadow of the rose stem. He lowers his thumb, looks at the wound, and up at the screen.

Slowly he raises his hand, thumb pointing downward, casting its shadow crisply on the brightest portion of the screen.

With his right index finger, he pushes along the pad of the thumb, as if trying to force blood out of the wound.

From the tip of the shadow of his thumb a small stream of blood emerges and, red and glistening, runs down the surface of the paper.

He sees the blood. He reaches up and touches the stream with the heel of his right hand. It is real.

He looks out startled towards the audience. As he turns outward, his hand slides down the stream of blood, spreading its color down the paper in a broad, butcher smear.

The light fades out quickly.

THE END

*Variation: He reaches out to take the stem of the rose, but, as he grasps it, he pricks his thumb on a thorn.

Copyright 1983 by Teller