# EXHIBIT 3

▶ http://www.youtube.com/watch?v=BYmt7NtO85Y

en   stopwatch   vermeer   Highlights   CFSelect   Scale   FitPal   Netflix   Corbin   vedge   Tyler   mantube   Sean   pdny   Reviews   Twitter   2 Long   Twi

✱   Live now: Cults performing at the SXSW festival in Austin.



[Q]   Browse   Movie

## The Rose & her Shadow in Close up ! - Gerard Bakardy

Gerarreke   ➕ Subscribe   6 videos ▾



▶   ◀))   0:53 / 1:51                                    ⚙  ▭  ▢  ⛶

👍 Like   👎   + Add to ▾   Share   ⚑                              14 views   ⠿

Uploaded by Gerarreke on Mar 15, 2012                              0 likes, 0 dislikes

The magician cuts one by one the leaves from a rose... in her shadow ! But it
happens in reality on the real rose which is standing 2 meters away from her
shadow. Everything is separate and loose from each other, so how is this
possible? This is the most Magical, romantic and beautiful illusion I know.
I've seen the great Penn & Teller performing a similar trick and now I'm very
happy to share my version in a different and more impossible way with you. It
is so magical to manipulate a shadow! The audience is so surprised
especially when they see that the stem and 'vase' filled with water are
removed from the table ! In combination with the floating table effect, these
are fur sure 'the' eye catchers' in my show.
It could be a wonderful and refreshing addition to all your coin or card tricks
on show !
Thanks for watching my movie,

**Category:**
Entertainment

**Tags:**
The   rose   her   shadow   Magic   trick   illusion   Floating   table   Gerard
Bakardy   Penn   Teller   Magic (illusion)   Card   Tricks   Revealed   Coin   Cards
Magic Trick   Criss   David   Blaine   Magician   Cool   Amazing   Tutorial
Magic Tricks

**License:**
Standard YouTube License

Show less

All Comments (0)                                                      see all

 Browse | Movies

## The Rose & her Shadow in Close up ! - Gerard Bakardy

Gerarreke   Subscribe   6 videos



0:58 / 1:51    12 views

Like    + Add to ▾    Share

Uploaded by Gerarreke on Mar 15, 2012

0 likes, 0 dislikes

The magician cuts one by one the leaves from a rose... in her shadow ! But it
happens in reality on the real rose which is standing 2 meters away from her
shadow. Everything is separate and loose from each other, so how is this
possible? This is the most Magical, romantic and beautiful illusion I know.
I've seen the great Penn & Teller performing a similar trick and now I'm very
happy to share my version in a different and more impossible way with you. It
is so magical to manipulate a shadow! The audience is so surprised
especially when they see that the stem and 'vase' filled with water are
removed from the table ! In combination with the floating table effect, these
are fur sure 'the' eye catchers' in my show.
It could be a wonderful and refreshing addition to all your coin or card tricks
on show !
Thanks for watching my movie,

**Category:**

