# EXHIBIT 4

# Wereld Primeur-Eerst in Belgie

## The Rose & Her Shadow !

### Her Shadow !



Made in Belgium !!!
Klein verpakt – Groots effect
Volledig zelfwerkend !
Geen 'sleight of hand' !

### Beter dan in Las Vegas

Op het podium staat een tafeltje met daarop een met water gevulde flesje met daarin een roos ! Ongeveer 1.5 meter daarachter staat een wit bord of witte muur waarop de schaduw te zien is van deze roos, afkomstig van een bundelspotlicht die enkele meters voor de tafel staat. Dan komt de goochelaar, bekijkt rustig de hele situatie, benadrukt de schaduw door enkele bewegingen te maken, neemt een mes of schaar en begint stuk voor stuk de blaadjes van de bloem te snijden…. Maar niet van de echte bloem !! Hij doet dit in de schaduw bloem !!! Maar toch vallen de blaadjes van de echte bloem en uiteraard ook in de schaduw is dit te zien.  Om de toeschouwer duidelijk te maken dat er geen 'onzichtbare' draadjes zitten tussen de echte roos en de schaduw roos loopt de goochelaar enkele malen tussen deze twee in alvorens hij een totaal 'kale' rozenstam verkrijgt.

De toeschouwers die denken een verklaring te kennen worden eens te meer ontgoocheld of moet ik zeggen 'begoocheld' als de goochelaar de stam uit het heldere flesje neemt, vervolgens het flesje van de tafel neemt en… leeg giet want er zat nog water in ook !!!

Iedereen zal met verbazing vragen:

"Hoe is het mogelijk ?"



2 vliegen in één klap !!
"The Rose & Her Shadow"
+
"Zwevend Tafeltje Illusie"
Mits een kleine voorbereiding kan je twee illusies vertonen met één investering !

Kies zelf je uitvoering :
Dubbele illusie – De Roos met Zwevende Tafel : 2.450€
Enkel de Roos met gewone tafel : 2.299€
Komt in één koffertje met volledige handleiding & DVD

*Een onverslijtbare truc !!
Deze heb je voor het leven en zal de parel zijn in je optreden!*

**Meer Info ?**   **Bestellen:**   Tel.: 0034.606.35.65.04.
Email: gerard-bakardy@hotmail.com
Youtube : Gerard Bakardy -The Rose & Her Shadow