# EXHIBIT 1



# FIRBANK BUREAU INVESTIGATION

*(The international private investigators)*

BCR House, 3 Bredbury Business Park, Stockport, Cheshire SK6 2SN
Tel: 0161 300 0936 (Office Hours)   24hr Line: 07766 307 545   Fax: (01625 527 529)
*Overseas office*: 10 Villas de Artenara, Caleta de Fuste, Fuerteventura 35610, Spain
E-mail: fbim23@hotmail.com   Web: www.fbiinternational.co.uk

## TRACE REPORT

*Greenberg Traurig, LLP*
*Suite 400 North*
*3773 Howard Hughes Parkway*
*Las Vegas*
*Nevada 89169*

7th May 2012

**Client Ref No:**          No Reference

**Result of Trace:**         POSITIVE

**Name of Subject:**         Mr Gerard Dogge

**Subject trace Address:**   Mailbox 1, Bostbus, 2940 Stabroek, Belgium

**Telephone No:**

**Mobile Number:**           0034 606 356 504 (still active)

**Additional Information:**  Your subject was living in Fuerteventura until March 2012 when He returned to his native Belgium where he is currently living.

*All queries must be notified in writing within 30 days of receipt of this report.*

*The information above is supplied for the sole use of the person or persons to whom it is supplied on the understanding that the contents should be treated as highly confidential and must not be disclosed to a third party. Whilst every endeavor is made to ensure that the above information is correct and accurate, no responsibility can be accepted if this does not prove to be so. None of the above information has been obtained in contravention of the Criminal Justice and Public Order Act 1994 and the Data Protection Act 1984.*

LV 419,753,583v1 5-7-12 131991 010400