# EXHIBIT 2

# eubelius
advocaten avocats attorneys

| | | |
|---|---|---|
| O. ref.: | 123776 | De heer Allard Huizing |
| By e-mail: | huizinga@eu.gtlaw.com | Advocaat |
| By fax: | +31/ 20.30.17.350 | Greenberg Traurig, LLP |
| | | Strawinskylaan 3127 |
| Contact: | Patrick Hofströssler | 1077 ZX AMSTERDAM |
| Telephone: | 02/543.35.15 | NEDERLAND |
| E-mail: | patrick.hofstrossler@eubelius.com | |
| File: | Teller/Gerard Dogge (Bakardy) | |

Brussels, 24 July 2012

Dear Allard,

I refer to our previous contacts in this matter.

Following your requests, I instructed on 24 May 2012 the leading bailiffs firm of Antwerp (Jennes-De Roeck-Behaeghel) to serve to Mr Gerard Dogge, with last known address in Belgium, Cogelsplein 7, box 9 in Deurne (Antwerp).

I instructed the bailiff to serve to Mr Dogge in person the following documents:

1. The letter of Greenberg Traurig, signed by Mark G. Tratos dated on 14th May 2012, one page
2. The document "United States District Court for the District of Nevada", with reference "Civil Action No 2:12-cv-00591" with the subtitle "Summon in a civil action "dated 12th April 2012, two pages
3. The document "United States District Court District of Nevada" and "Complaint" dated 11th April 2012, 10 pages with 4 attachments, the first "Exhibit 1" of 6 pages, the second "Exhibit 2" of 4 pages, the third "Exhibit 3" of 4 pages and the fourth "Exhibit 4", of 2 pages.

I instructed the bailiff to stress in the service that it should contain the following sentence: "you are summoned to take note with close attention of the content of the three served documents".

Finally, I instructed the bailiff to act on behalf of Mr Raymond Joseph Teller, born on 14 February 1948, residing at Clark Country Nevada, P/A Mark G. Tratos, Greenberg Traurig LLP, 3773 Howard Hughes Parkway, Suite 400 North, Las Vegas, Nevada 89169.

BRUSSELS  KORTRIJK  ANTWERP
Louizalaan 99 Avenue Louise, B-1050 Brussels, T +32 2 543 31 00, F +32 2 543 31 01, www.eubelius.com
Burgerlijke coöperatieve vennootschap met beperkte aansprakelijkheid – K.B.O. 0460.946.969 / RPR Brussel
Société coopérative civile à responsabilité limitée – B.C.E. 0460.946.969 / RPM Bruxelles

**eubelius**
advocaten avocats attorneys

The bailiff went several times to the last known address of Mr Dogge. However, the place is known as a former dancing named "Solsleutel", but is now closed and none of the doorbells of the apartments above the place bears Mr Dogge's name.
*The bailiff asked people living there, but nobody knows a certain "Dogge".*

I instructed the bailiff to leave a message at that address and to serve in the hands of the public prosecutor of that district.

I will keep you informed.

Best regards,

Patrick Hofströssler

2