# EXHIBIT 3

Browse | Movies | Uploa

# The NO shadow presentation by Gerarrd Bakardy

Gerarreke Subscribe 1 video

Like Share

300 views

0 likes, 2 dislikes

Published on May 8, 2012 by Gerarreke

Hereby I like to apologize to all magicians and fans of Teller, apologies to have upset you. This was never my intention. I will soon upload the complete, real and true story.

Show more

All Comments (1) see all

Sign In or Sign Up now to post a comment!

aren't you getting sued by Teller?

arescraft 1 month ago

1 / 1 More videos from Gerarreke Gerarreke Options

1 NOW PLAYING
The NO shadow presentation by Gerard Bakardy

Browse | Movies | Uploa

# The NO shadow presentation by Gerard Bakardy

Gerarreke Subscribe 1 video

Like Share 300 views

Published on May 8, 2012 by Gerarreke

0 likes, 2 dislikes

Hereby I like to apologize to all magicians and fans of Teller, apologies to have upset you. This was never my intention. I will soon upload the complete, real and true story.

Show more

All Comments (1) see all

Sign In or Sign Up now to post a comment!

aren't you getting sued by Teller?

arescraft 1 month ago

1 / 1 More videos from Gerarreke Gerarreke Options

NOW PLAYING

1 The NO shadow presentation by Gerard Bakardy



