**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TELLER, an individual, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:12-cv-00591-JCM-GWF |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| GERARD DOGGE (p/k/a GERARD BAKARDY), ) an individual, ) | Motion to Extend Time for Service (#8) |
| ) | |
| Defendant. ) | |
| _____ ) | |

      This matter comes before the Court on Plaintiff's Emergency Motion to Extend Time for Service of Complaint and Summons Upon Defendant and For Service by Publication (#8), filed on August 6, 2012. Plaintiff requests the Court extend the time allowed for service of Defendant from August 9, 2012 until October 9, 2012. Plaintiff further requests the Court allow him to serve Defendant via email and via publication in a publication in general circulation in Antwerpen, Belgium and Fuerteventura, Spain. Plaintiff argues that all previous attempts at service have failed and therefore alternative service via publication is necessary.

      As a preliminary matter, the Court will grant an extension of time for service on Defendant until October 9, 2012. The Court however will reserve decision on Plaintiff's request for foreign service via publication at this time. Upon further review of this issue, the Court will promptly issue an order. Accordingly,

      **IT IS HEREBY ORDERED** that Plaintiff's Emergency Motion to Extend Time for Service of Complaint and Summons Upon Defendant is **granted**. Plaintiff shall have until **October 9, 2012** to serve Defendant.

. . .

1  **IT IS FURTHER ORDERED** that the Court will issue a follow-up decision on Plaintiff's
2  request for service by publication once the Court has further opportunity to consider the motion.
3  DATED this 7th day of August, 2012.

                                                           _____
                                                           GEORGE FOLEY, JR.
                                                           United States Magistrate Judge