# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

TELLER, an individual,

    Plaintiff(s),

v.

GERARD DOGGE (p/k/a Gerard Bakardy) an individual,

    Defendant(s).

2:12-CV-591 JCM (GWF)

## ORDER

Presently before the court is plaintiff's emergency motion for anti-suit injunction and emergency motion for preliminary injunction. (Docs. # 11 & 13). A hearing on the motions is currently scheduled for September 6, 2012.

The court will wait for an opposition, if any, by defendant to plaintiff's emergency motions. If the court finds after the benefit of an opposition that a hearing is still necessary then it will schedule one at that time. The September 6, 2012, hearing is hereby vacated.

IT IS SO ORDERED.

DATED September 4, 2012.

*[signature: James C. Mahan]*
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**