Gerard Dogge
Abtsdreef 10/bus1
B2940  Stabroek
Belgium – Europe
Gerard-Bakardy@hotmail.com
Cell: 011.34.606.35.65.04.

21st of October 2012

2012 OCT 22  A II: 20

**No Counsel  - PRO - SE**

<table>
<tr><td>

Teller, an individual

     Plaintiff.

v.

Gerard Dogge (Gerard Bakardy),
an individual

     Defendant.

</td></tr>
</table>

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

CASE N° 2:12-cv-00591-JCM-GWF

## Multiple Motions
Concerning Defendants Pleadings

Honourable Judge James C. Mahan, Honourable Judge George Foley Jr.,

The Court can see in the by defendant filed documents and defence that I'm prepared to defend myself in the most respectful way, in your chamber. Concerning the expected pleadings I like to request the Court the following:

- Motion 1: Since the Court has witnessed that my English is very basic and to ensure that I can understand the sometimes difficult jargon used by the plaintiff and in Court in general, I respectfully request that the Court provides a translator-interpreter. In this way there is no violation to the rights of the defence.

- Motion 2: Respectfully I request the Court to permit the use of Video and Audio material in my pleadings. Both of course in a relevant way and to provide a true picture of the (phone) conversations that took place between the two parties.

- Motion 3: Respectfully I request the Court to allow the Plaintiff to be questioned by the (pro-se) defendant. And if desirable, vice versa.

1

- <u>Motion 4</u>:  In this time of crisis it is logic that defendant cannot afford long stays abroad. Especially not in Las Vegas.  One can expect, in this delicate procedure, that the financially strongest will try 'to dry out' the financially weakest. Usually done by regularly postponing. Therefore I respectfully request the Court to set a time limit to the pleadings.

- <u>Motion 5</u>: This is the most important request. To do my pleadings in Court, I must be alive. Preferably. Recently several threats arose.  The moment Mr. Teller started this procedure, publicly, but even more after all the interviews given by Mr. Teller I suddenly start receiving threats by Emails and comments on the internet. Of such kind I've never received in my entire life, displaying hate and revenge, such as: ...chemo is wasted on you; ...say goodbye to your legs; ...make him disappear; Thief; Coward; etc... More than likely coming from fans of Mr. Teller and presumably triggered by the sympathy seeking interviews given by Mr. Teller. I'm 56, in my career I've performed in many places, for many people,  for many years I've had a promotional website and for many years  I've had several video's on YouTube. But I've never been threatened in my life before. By no one.  Therefore I hope the Court can see why I'm worried and therefore I respectfully request the Court to inform me in which way the Court guarantees my security in and on my way to the Court.

Whit the deepest respect,

Gerard Dogge

Abtsdreef 10 /1 .... B2940 Stabroek
Belgium – Europe

2

Gerard Dogge
Abtsdreef 10/bus1
B2940  Stabroek
Belgium – Europe
Gerard-Bakardy@hotmail.com
Cell: 011.34.606.35.65.04.

21th of October 2012

**No Counsel  - PRO - SE**

| | |
|---|---|
| Teller, an individual | IN THE UNITED STATES DISTRICT COURT |
|      Plaintiff. | FOR THE DISTRICT OF NEVADA |
| v. | CASE N° 2:12-cv-00591-JCM-GWF |
| Gerard Dogge (Gerard Bakardy), an individual | DEFENSE |
|      Defendant. | for and by Gerard Dogge - Gerard Bakardy |

Honourable Judge James C. Mahan,  Honourable Judge George Foley Jr.,

Forgive me for approaching the Court in this way, defending myself, and in poor English.

   I, Gerard Dogge, residing and working in Belgium - Europe, I'm not a lawyer, and especially not an American lawyer, who can build up a procedure by referring to complicated lawsuits from the past in the USA, unknown to the defendant. My defense is based on common sense and logical honesty.

   With the deepest respect for the Court I feel very embarrassed to see that the American Justice is called upon by Teller to gain more profits in ticket sales by starting a litigation against me, alleging that I have infringed copyright on a magic trick with a tiny flower.  I will prove to the Court and Jury that this is not the case.

   I  take note that Mr. Teller demands a trial by Jury, and it is obvious why. Teller is a celebrity, known by everyone in Las Vegas, and worshiped by many.

   Although one may doubt this could be an obstacle for a fair trial, I have confidence in Justice.

1

I would recommend that among the members of the Jury, there should be some 'copyright' specialists and preferably some magicians as well.  Most people don't know the difference between a Patent and a Copyright, and could be confused when they see a Magic trick.  I will do my best to make things clear to the Jury, both in my defense and in my pleadings.

I would like to draw the Courts attention to the **misleading and untrue statements** in the complaint filed by Mr. Teller.

1. *(page2-line4) "The Court jurisdiction is based on (a) Defendant conducts business in Nevada".* **This is wrong**, The defendant has only visited Las Vegas for a week vacation, that's all. Gerard Bakardy has not any business in Nevada.

2. *(page2-line16) Defendant is doing business in the State of Nevada, County of Clark.* **This is wrong,** and misleading the Court.

3. *(page2-line22) P& Teller are famous for creating innovative magic tricks.* **This is but half true,** as P& Teller build their career also by revealing many, many existing tricks (likewise The Masked Magician). Gerard Bakardy has, as up today, never revealed any trick.

4. *(page5-line2) Plaintiff suggests that the defendant travelled to Las Vegas to see Tellers dramatic performance, Shadows.* **This is wrong,** and based on nothing. I have never seen a 'live' performance from P&T. Like thousands of other people, I've only seen 'Shadows' on YouTube.

./.
./.

5. *(page5-line12) In fact...in the text beneath the defendants You Tube video defendant  refers to P&T show performing a similar trick.* **In fact this is but half true and deliberately pulled out of context,**  the complete text beneath the video clarifies the differences between both tricks:     "...Everything is separate and loose from each other, so how is this possible?.... and "now I'm very happy to share my version in a different and more impossible way with you, especially when the audience can see that the stem and vase filled with water can be removed from the table !.."

6.  *(page5-line11, 14)  refers to* **Exhibit 3,** This original exhibit contains **incriminating screenshots** taken by or on, Tellers request. Filed on behalf of Teller and on his responsibility.  These screenshots **are  the subject in the defamation** lawsuit filed by Gerard Dogge, in Antwerp-Belgium.

These very same screenshots have now been manipulated, changed and faked by the plaintiff and... filed again. By doing this, the plaintiff tried to remove the 'DNA' from the evidence.    I did not know this was allowed.

Logically, the relevant screenshots should only refer to 'Bakardy's action to show or prove alleged infringements and nothing more than that. It is very remarkable that two of the screenshots are not restricted to just that, but show more information about the favorites bar with the most visited website links of the user of the Apple computer:

Such as: Stopwatch - plus - Highlights - **CFSelect** - Scale - FitPal - Netflix - **Corbin** - vedge - Tyler - **mantube** - Sean - pdny - Reviews - Twitter - **2 Long** - etc ...

3

Four of the favorite web links in this selection are pornographic intended for a gay audience profile and show hardcore porn images for, by and with gay men. In particular CFSelect - Corbin - Mantube - 2 Long. Regardless of the fact that the websites often state that the 'actors' in the pictures and movies are older than 18, several times the very young age of these actors is suggested.

These screenshots, used and filed by Teller as exhibits, suggest on purpose that Gerard Bakardy is the one who visits the aforementioned web links, since his name and photograph are standing immediately below the web links. The hardcore porn web links on the screenshots contain very obscene images and several times the suggestion is given that the actors are very young and childlike.

By doing so, Teller suggests that Bakardy has pedophile tendencies.   The screenshots do not mention that these were taken by Teller or his lawyer. The original screenshots used by Teller in the original official complaint, became   public documents and can be seen by everyone, also by the media.

The screenshots are widely published on the World Wide Web internet.

In this way, Gerard Bakardy is now the subject in several forums  being portrayed as a pervert. Teller is fully aware of this, as he changed the exhibits, but the damage to Bakardy (his true purpose) is realized.

7. *(page5-line15) This whole chapter 24 ..* **mentions an intended advertisement** and has NEVER been published. It was on Tellers request that I cancelled the advertisement because he wanted to buy the exclusive rights to my trick. On Tellers request I have sent him a copy of the intended advertisement.

4

8. *(page6-line10) Plaintiff is suggesting that it was the defendant who approached him, trying to sell his trick for an unacceptable high price.* **This is wrong: Gerard Bakardy never approached Teller.** It was Teller who approached Gerard Bakardy and was bidding to get exclusivity.

9. *(page6-line27) The Plaintiff has taken all reasonable steps to secure his copyright...* **This is not true.** The most logical thing to do when you have a copyright is.. to show it. Inform the world that your work is copyrighted. Easy, just use the © symbol. **He never did.**

10. *(page7-line5) Plaintiff owns all rights and has done nothing to abandon the copyrighted work..* **This is not true.** For many years there are many more magicians doing exactly the same trick as Tellers 'Shadows'. Copies of this trick were sold, already years ago. **Teller clearly abandoned** his copyrighted work..

11. *(page7-line16) Defendants past and present acts violate.. and constitute willful and intentional infringement..* **Wrong and false.** Defendant does not 'act' at all and awaits respectfully for the Courts Order. The only alleged violating action was when the defendant posted a YouTube video 'The Rose & her Shadow'. This video had 14 views only, and was removed by Teller after a few day's.

12. *(page7-line19) Defendant realized unjust profits as a result of the infringement.* **This is based on nothing as** the defendant did not realize any profit.

5

13. *(page7-line21)* *As evidenced by defendant's copying, public performance, display and prominent use of plaintiff's protected work...* **Based on nothing**, the defendant never performed, published, displayed, sold, etc.. and did not 'gain' a single dollar. The defendant prefers to wait for a judgment with respect for the Court.

14. *(page7-line25) Plaintiff has suffered, irreparable injury, etc.*. **This must be a JOKE** as plaintiff declares in several press interviews that this Court case brings more ticket sales to the P& Teller shows. Anyone can see, and notice that P& Teller got a 'free' publicity boost.
Although.. 'free' ?? The exhibits filed by Mr. Teller, causing an immense defamation to Gerard Bakardy, do have a price. The life of Gerard Bakardy – Gerard Dogge is ruined. Both professionally and personally.

15. *(page8-line12) Defendant's use in commerce is confusingly similar ...* **This is in contrast to other statements made by plaintiff,** which states in the media that the defendant's trick is different from Tellers..

16. *(page8-line20) Defendant has the knowledge that plaintiff owns 'Shadows'...* **This is based on nothing:** how could someone know that Teller 'owns' a magic trick, how could someone expect that the libertarian Teller would turn out to be a hypocrite, especially when he performs shows all over the world, provoking and challenging all magicians to fool him.   In the 'Shadows' video he threatens or challenges everyone, by stating: *"Nobody knows how it's done and no one will figure it out.. but that doesn't matter.."* The question now to ask is: Why is this not important.. Why doesn't it matter...?

6

Was Mr. Teller just waiting until someone figured it out ? So he could start a litigation procedure. The defendant saw this as a challenge and did figure it out, and re-invented and improved an almost 40 years old trick. The defendant brought it to an higher level by inventing a new prop which reaches further than Teller ever did with 'Shadows'. That's why Teller offered money for exclusivity. This also means that Teller cannot perform or explain Bakardy's trick.

17. *(page8-line25) As a result of such unfair competition, plaintiff suffers...*
**This must be the second Joke,** or a lack of confidence, which I doubt. There is no competition to Teller.
And certainly not by Bakardy's performance, in any way. The defendant, Gerard Bakardy is just a beginner.   It's not Teller who suffers. The defamation caused by Teller creates suspicion that Bakardy is a pedophile, and the evidence brought forward by Teller has a much bigger impact than the alleged infringement of copyright on a ridiculous magic trick, meant to entertain kids. **This is not a Joke.**

For so far my reply to some statements made by Plaintiff in his complaint.

Further I stress to prefer to convince the Jury and Court with my pleadings in Court which will be based on the evidence, filed hereby as exhibits.

./.

./.

./.

./.

./.

./.

My pleadings in Court will clarify and prove to the Jury and Court that:

- There is no infringement on Plaintiff's copyright.
- There is a huge difference between Plaintiff's 'Shadows' trick and Defendants 'The Rose and her shadow' trick.
- Defendant is acting in good faith.
- Plaintiff acts with malicious intent.
- Plaintiff is reckless and provocative.
- Plaintiff's copyright is doubtful.
- The alleged damage, suffered by the Plaintiff is doubtful in contrary to the damages suffered by defendant and caused by Plaintiff.
- Defendant suffers a massive irreparable damage.
- The damage caused by Teller is bigger than expected and affects more people than just Bakardy.

### Overall conclusion.

Defendant believes that there is only one conclusion to make:

The reason for the debate, which has led to a court proceeding, is absurd, ridiculous and most of all decadent.

In this times of war, crisis, crime, drugs, murder, etc., it is really embarrassing to use, or, as the complaint of Teller does, to abuse the American legal system and American Courts (all paid by the state or taxpaying citizen) to settle a dispute about a magical trick with a tiny flower. Defendant believes that the Court was meant for other, more important, disputes.

Defendant's magic trick was made with just one intention: entertainment for families and children to enjoy. Magicians are like clowns, they only serve to entertain. Obviously stealing from each other is out of the question, and this has not happened here.

./.

8

Teller could have bought Bakardy's magic trick, just like any other magician, but he was not satisfied with this. He wanted exclusivity. But Teller did not want to pay for it. At the moment he realized he could not buy the exclusive rights to Bakardy's trick, on the price he had in mind, Teller subsequently began this procedure, in one effort and deliberately starting a smear campaign against Bakardy,  using the most unusual and unscrupulous documents suggesting that Bakardy is a pervert.  Despite several attempts from Bakardy to come to an agreement outside the Court and outside the media, Mr. Teller chose to fight 'a magic war', publicly in the media and in Court. This leaves Bakardy no other option than to defend himself.

The procedure itself is absolutely not absurd or ridiculous. Rather serious. The shameful documents give an unexpected twist on a 'copyright' dispute. This procedure will not ruin Bakardy: Bakardy is already ruined by Teller …

To avoid further waste of money and needless time on an unnecessary trial and expensive traveling costs I would like the Court and the jury to watch a video on YouTube. It's called 'The Bakardy Rose', posted by Gerard Bakardy.

http://www.youtube.com/watch?v=rkq4XfFgCYs&feature=channel&list=UL

In this video Bakardy uses the same 'prop' as in 'The Rose & Her Shadow' video. It will become clear, especially in the last 2 minutes of the video, that Bakardy's prop reaches far more further than Tellers. Teller has never performed "Shadows' in a transparent vase or bottle, he never showed the complete rose stem, he never removed the stem, he never showed what's in his white 'bud' vase. Because he can't... that's what Mr. Teller said in his first phone call to Bakardy.  And that's why Mr. Teller (still) wants to buy the exclusive rights to Bakardy's trick.

Thus, the whole 'copyright infringement' procedure was started for a simple and different reason:  to 'kill' a better trick than Tellers.

Therefore defendant respectfully requests for a judgment to:

- Reject  plaintiffs copyright complaint
- Reject plaintiffs total prayer for relief.
- Condemn plaintiff to pay for the Court costs.
- Condemn plaintiff to pay for the costs of the defense.
- Condemn plaintiff to make a public apology to the legal system, Courts and State. Apologizing for his reckless and provocative action, which only costs money to the society.

With the deepest respect,

Gerard Dogge

Ahtzdreef 10 /1 ···· B2940 Stabroek
Belgium – Europe

*I could have filed about **200.000 exhibits**,  such as screenshots showing  a minute by minute history of the visitor counter on a forum.  They would show that about **240 people per minute**   are visiting  a forum  with  links  to  the incriminating exhibits, filed by Mr. Teller.  (see exhibit 28).*

Number of exhibits filed: 29.

# **Exhibit 1**

Teller's "vase"                                        Bakardy's "vase"



# Exhibit 2





# **Exhibit 5**

Teller Penn & Teller
Aan gerard oakardy

20/04/2012
Beantwoorden

Dear Gerard,

I have expressed my wish that this could all be avoided.

I cannot allow you to further damage my creation and act by your selfish act of infringement.

I made you a generous offer to stop and you threatened more damaging sales.

If you wish to resolve this, we can, but you must not threaten me further and you must act reasonably and in good faith.

When you changed your story to me about seeing me perform the act in person, that suggested that you were not acting in good faith.

Please suggest what action you are willing to take to resolve this, and we can consider it.

Your last demand of $125,000 or threat of sales is unreasonable and not good faith.

Sincerely,

Teller

# **Exhibit 6**

■ gerard bakardy                                                                                11/04/2012
  Aan Teller Penn & Teller                                                            Beantwoorden ▾

---

Hello Mr. Teller,

I hope everything is good with you.

I regret not receiving any news from you, especially since you told me in the last phone conversation, on April 6th, that you would like to end this situation and would decide whit in a couple of days which way you want to go.

It is actually very simple, or I sell my apparatus exclusively to you, or I sell my apparatus to the whole world.

In the last case of course I will inform the buyer NOT to use the Teller Routine.

Since you don't send me the exact detail from your 'copyrights' (I asked all ready four times) I conclude that you are scared to send me these. However, I tell you once again I will do respect your routine and use a different one, where I don't use any shadow or knife.

People are calling me every day asking me when they can expect delivery and telling me that they are happy to use the apparatus in a different way from the Teller Routine. I promised them to answer on the end of this week.

Mr. Teller, I think it's fair to say that if I don't receive any news from you before April 13th, I may conclude that you're not interested in the apparatus, and that you're aware that I will start selling to public.

Respectfully,
Gerard Bakardy.

# __Exhibit 7__

Teller Penn & Teller
Aan Gerard Bakardy, Gerard Bakardy

12/04/2012
Beantwoorden ▾

1 bijlage (2.8 MB)

Hotmail Interactieve weergave


301 Compl..pdf
Downloaden (2.8 MB)

Downloaden als zip

Dear Gerard.

Thanks for your email yesterday.   You said on the phone that I was a businessman.  Your note has forced me to behave like one.

So yesterday  after I received your note, I had my attorney file the attached copyright action with Federal court in Las Vegas.  As a courtesy to you, I attach it here.


It includes screen shots of your YouTube advertisement.  It includes my original  copyright papers you have been so eager to see.  It requires you come to Las Vegas at your expense to defend yourself, as you said you'd be happy to do.

8

## Exhibit 8



You Tube

**plants and shadows.wmv**

AISmagic2008  Subscribe  5 videos

👍 Like  👎  Share  2,403

no  I cant tell the secret  it is actually public information.  Well  its information thats in the public. I found it on the web and made a newer version  their are a bunch of people who have made different versions and twice as many theories  I myself have three ways that I have thought up and Im not an engineer so I can just imagine a M.I.T student giving this a try .

AISmagic2008  in reply to cinemaker006 ·Show the comment; 3 months ago

y even comment? I use different methods and props  my illusion is much more complex  its like asking copperfield to get permission from walter blaney to do a levitation   (its not needed) 2nd  I dont need his permission because this was exposed some years back by multiple magicians so his methods are now public information. 3rd  its FAN ART im not making money off of so why are you worried? do you work 4 teller? if not you can feel free not 2 not comment  is that all champ?

[illegible] in reply to [illegible] 3 weeks ago



You Tube

**"shadows" by petros**

xana2226  Subscribe  3 videos

👍 Like  👎  Share  5,000

16 likes  3 dislikes

uploaded by xana2226 on Aug 25, 2009

im attempting to do tellers amazing magic that he came up with long time ago after i saw it i finally decided to go ahead and do it, i am not revealing it any way i respect a fellow magicians work and i will perform it in public as per tellers approval  thank you for your ideas



You Tube

**Hector is Magic! - Illusion Show**

Hector e Magic  Subscribe  3 videos



## Exhibit 9





# **Exhibit 11**

⌐ Teller Penn & Teller                                    15/04/2012
Aan Gerard Bakardy, Gerard Bakardy                        Beantwoorden ▾

Dear Gerard,

Thanks for your email.

I am not sure what you are asking me to reconsider. You threatened to start selling your infringing work
by Friday 13 April 2012 if I did not meet your financial terms. Your YouTube posting was your first
infringement. And then you threatened to cause me further damage by future sales. You left me no
choice but to protect my creation and enforce my rights.

It now seems clear to me you may not understand Copyright Law or *Droit Moral*. I suggest you retain an
attorney who is knowledgable is these areas, and in U.S. law in particular. An attorney will inform you
that your prior infringement can be punished by a damage award of up to $150,000. Since you posted
two videos, that could amount to up to $300,000 *on the previous infringements alone*. As I had a
Registered Copyright when you infringed, I will also be entitled to receive my attorney's fees and costs
back when I prevail in court. I have further damages on my other claim as well.

If you want to resolve this, then please **tell me what you propose.** I do not intend to haggle further.

Remember: Even though you infringed upon my creation, nevertheless I was initially willing to resolve it
without litigation -- and, in my view, very generously. You choose to push things and threaten me with
releasing your knock-off trick to the world if I did not agree with your demand based upon your
projection of profits from your sales. That is not the action of an innocent person.

If you want a resolution, please propose one.

Otherwise, be prepared to defend your actions in court.

Sincerely,

TELLER

## Exhibit 12

http://www.youtube.com/watch?v=BYwzPwG85Y

Live now: Cults performing at the SXSW festival in Austin.

You Tube

Q      Browse      Movie

### The Rose & her Shadow in Close up ! - Gerard Bakardy

Gerardo      Subscribe      6 videos ▾



👍 Like      + Add to ▾      Share

14 views

The magician cuts one by one the leaves from a rose   in her shadow ! But it
happens in reality on the real rose which is standing 2 meters away from her
shadow. Everything is a separate and loose from each other, so how is this
possible? This is the most Magical  romantic and beautiful illusion  I know
I've seen the great Penn & Teller performing a similar trick and now I'm very
happy to share my version in a different and more impossible way with you. It
is so magical to manipulate a shadow! The audience is so surprised
especially when they see that the stem and vase filled with water are
removed from the table ! In combination with the floating table effect  these
are for sure the 'eye catchers' in my show.
It could be a wonderful and refreshing addition to all your coin or card tricks
on show !
Thanks for watching my movie

**Category**

**Tags**

**License.**
Standard YouTube License

# **Exhibit 13**

Op 30-mrt.-2012, om 01:10 heeft gerard bakardy het volgende geschreven:

Goede..nacht Gunther,

Hopelijk gaat alles goed met je.
Met de grooste verontschuldiging wil ik je vragen, als het nog niet te laat is, de advertentie voorlopig op 'hold' te zetten.

Ik ben nog midden in onderhandeling met Teller, en wil deze nu niet in gevaar brengen.
Waarschijnlijk komt er een goeie oplossing uit de bus.
Ik zal eventueel de truck moeten aanpassen om uit zijn 'copyright' te blijven. Dus de advertentie uiteraard ook.

Nogmaals mijn excuses, ik houd je op de hoogte !

Groetjes,
Gerard.

ps. Kan je effe bevestigen aub.

---

## Re: Dringend -ivm advertentie in Escamateur
Terug naar Berichten   ⬇ ⬆

⤶ Gunther Escamateur
Aan gerard bakardy

4/04/2012
Beantwoorden 

Beste Gerard

Ik heb de advertentie niet ingelast en uiteindelijk maar goed ook vrees ik...want het verhaal heeft intussen een staartje gekregen.

# **Exhibit 14**

⌄ gerard bakardy

Aan Teller Penn & Teller

⬺ 23/03/2012

Beantwoorden •

📎 1 bijlage (423.7 kB)

Hotmail Interactieve weergave ⌃

 Shadow Ro...pdf
Downloaden (423.7 kB)

Downloaden als zip

Good morning Mr. Teller,

I hope things are well.
Thanks for your email with all these compliments; it is really a big honor for me to hear all this from such a famous magician.
As I told you, I put all orders and advertisements on hold for now, and I was just in time to stop the edition for April.

As you can see, also in the adv. (in attachment), my heart is just as yours very connected with this beautiful trick, and I believe the success of it is also in how it is treated, with love and respect.

Looking forward to your email, please accept my
Kindest regards,

Gerard.

# **Exhibit 15**



FW: 041112 -- Teller lawsuit

Gerard Dogge    "Toevoegen aan contactpersonen    29/04/2012
Aan: gerard-bakardy@hotmail.com                  Beantwoorden

1 bijlage (2.0 MB)                  Hotmail Interactieve weergave

041112 -.pdf
Downloaden (2.0 MB)

Downloaden als zip

From: Jon.Stempel@thomsonreuters.com
To: gerard-delosdos@hotmail.com
Date: Mon, 16 Apr 2012 15:09:13 +0000
Subject: 041112 -- Teller lawsuit

Dear Mr. Bakardy,

I am a reporter with Reuters in New York. I am writing up the attached copyright lawsuit by
Teller. I would welcome any comment on your behalf, including any prospects for and potential
terms for a settlement.

I may be reached as shown below

Sincerely,

Jonathan Stempel
Correspondent Reuters America L.C
Thomson Reuters

it                                   Terug naar Berichten

gerard bakardy                              19/04/2012
Aan jon.stempel@thomsonreuters.com          Beantwoorden

Dear Mr. Stempel,

Thanks for your email and interest.

At this moment I am waiting for a response from Mr. Teller to settle this
delicate case out of court and out of media.
So I prefer not to comment today although I would like to, since I believe it
is in our both interest to stop this lawsuit.
I am sincerely hoping to come to a satisfying agreement with Mr. Teller, so I
don't need to defend myself in public

I keep you informed in the next coming days.

Kind regards,
Sincerely,
Gerard Bakardy

+34.606.35.65.04
gerard-bakardy@hotmail.com

# Exhibit 16





# Exhibit 17



*By now you may have heard this over the grapevine, as it were, but I felt it important for you to have news directly from me as quickly as possible.*

*You may be acquainted with my signature piece, "Shadows," in which I slash the shadow of a rose, and the actual leaves and petals fall where the shadow has been cut. It is the oldest piece in the active Penn & Teller repertoire. It continuous use in all our major runs from Broadway to international touring, to Las Vegas. It is an icon for our show and the piece I hope to be remembered by in magic history.*

*I created "Shadows" in the mid-1970s, copyrighting it in 1983, and since then the magic community has shown me wonderful ethical support in allowing it to remain virtually untouched by copyists.*

*Unfortunately, a few weeks ago, I was alerted to a YouTube video of a man (his name is Gerard Dogge, stage name Gerard Bakardy) selling equipment for emulating my piece. This was done without a single attempt to contact me, seek permission, or arrange a license agreement.*

*I had my attorneys contact YouTube, and the videos were promptly taken down for copyright dispute. I contacted Gerard Bakardy/Dogge and let him know that my U.S. Copyright and E.U. Droit Moral entitled me to take legal action for what he had posted. I attempted to resolve the problem by discussion and negotiation, but he did not respond satisfactorily to that approach.*

*This forced me to exercise my rights as copyright holder, and file for copyright infringement on April 11, 2012 in U.S. Federal Court. For your information, I include a copy of the legal documents below. I hope we will not have to add contributory and vicarious infringers in the action should third parties attempt to aid the infringer in selling his infringing product.*

*If you have any questions, please feel free to reach out to me. I want to assure my friends and fans that we intend to enforce our rights vigorously. And if you become aware of any further infringement of my copyrighted work, I'd be very, very grateful if you let me know at your earliest convenience.*

*If you should have anything to communicate pertaining to my suit, please use: shadow@penn-teller.com*

*To view legal documents:*
*https://www.magicnewzealand.com/email_teller.pdf*

Brendan

---

News, Lectures, Societies & Magic in Ireland
www.IrishMagicNews.com

---



Rodin
Goochelaar

------------------------------------
2. Teller Suing Dutch Magician Gerard Dogge
------------------------------------

Message by Teller (US)

By now you may have heard this over the grapevine, as it were, but I felt it important for you to have news directly from me as quickly as possible.

You may be acquainted with my signature piece, "Shadows," in which I slash the shadow of a rose, and the actual leaves and petals fall where the shadow has been cut. It is the oldest piece in the active Penn & Teller repertoire. It continuous use in all our major runs from Broadway to international touring, to Las Vegas. It is an icon for our show and the piece I hope to be remembered by in magic history.

I created "Shadows" in the mid-1970s, copyrighted it in 1983, and since then the magic community has shown me wonderful ethical support in allowing it to remain virtually untouched by copyists.

Unfortunately, a few weeks ago, I was alerted to a YouTube video of a man (his name is Gerard Dogge, stage name Gerard Bakardy) selling equipment for emulating my piece. This was done without a single attempt to contact me, seek permission, or arrange a license agreement.

I had my attorneys contact YouTube, and the videos were promptly taken down for copyright dispute. I contacted Gerard Bakardy/Dogge and let him know that my U.S. Copyright and E.U. Droit Moral entitled me to take legal action for what he had posted. I attempted to resolve the problem by discussion and negotiation, but he did not respond satisfactorily to that approach.

This forced me to exercise my rights as copyright holder, and file for copyright infringement on April 11, 2012 in U.S. Federal Court. For your information, I include a copy of the legal documents below. I hope we will not have to add contributory and vicarious infringers in the action should third parties attempt to aid the infringer in selling his infringing product.

If you have any questions, please feel free to reach out to me. I want to assure my friends and fans that we intend to enforce our rights vigorously. And if you become aware of any further infringement of my copyrighted work, I'd be very, very grateful if you let me know at your earliest convenience.

If you should have anything to communicate pertaining to my suit, please use: shadow@penn-teller.com

To view legal documents:
http://www.magicnewzealand.com/email_teller.pdf

http://www.geniimagazine.com/forums/ubbthreads.php?ubb=showflat&Number=265094

http://www.goochelaars.com/threads/teller-sues-to-protect-illusion.11752/

## Exhibit 18








# Exhibit 19

**Penn & Teller Trap Door** See How It's Done - YouTube ⊘
Alert icon. Sign in or sign up now! Alert icon. Loading... Uploaded by Lindasothervideos on
May 8, 2009. **Penn** and **Teller Trap Door**. See how it's done.
www.**youtube**.com/watch?v=O04dSllaFrA - Vergelijkbaar

**Penn** and **Teller** on Just for Laughs - YouTube ⊘
26 Aug 2009 ... **Penn** and **Teller** perform their Blast Off / **Trap Door** routine at the Just for
Laughs Festival in Montreal, sometime in the early '90s. This was on ...
www.**youtube**.com/watch?v=df4TuhpSp6U - Vergelijkbaar

Muppets Tonight - **Penn & Teller** Blast Off - **YouTube** ⊘
20 May 2006 ... **Penn & Teller** make an appearance on Muppets Tonight. ... 2:01
pretty obvious it was **trap doors**. can see him closing something with his foot ...
www.**youtube**.com/watch?v=vS5QnrpDXg0 - Vergelijkbaar

Trap Door (Illusion) - YouTube ⊘
6 Apr 2009 ... **Penn & Teller Trap Door** See How It's Doneby Lindasothervideos38880 views
· Drew & Angela perform the '**Trapdoor**' 2:45. Watch Later Error ...
www.**youtube**.com/watch?v=yJSCbGtGcio - Vergelijkbaar

**Penn & Teller Trap Door** - REVEALED - - The Card Trick Teacher ⊘
**Penn & Teller Trap Door** - REVEALED card trick video - on The Card Trick Teacher. ...
Contests · Upload Videos · Teacher's Shop · **YouTube** Channel · Teacher's ...
www.thecardtrickteacher.com/card-trick-video.php?v=5621 - Vergelijkbaar

# Exhibit 20



## Exhibit 21

# *Penn & Teller: Fool Us*

From Wikipedia, the free encyclopedia

*Penn & Teller: Fool Us* was a British entertainment comedy television programme. Hosted by Jonathan Ross, *Fool Us* is a magic competition show, which challenges magicians to perform in front of American magician/comedian duo Penn & Teller. If they can fool Penn and Teller, they win a five-star trip to Las Vegas to perform as the opening act in Penn & Teller's world famous show at the Rio Hotel & Casino.[1] It was announced on June 28 2012 that ITV has cancelled the show.[2]

**Contents** [hide]
1 Production
2 Episode List
3 International Broadcast
4 International Versions
5 References
6 External links

## Production                                    [edit]

The pilot of *Fool Us* was first commissioned by John Kaye Cooper, the controller of entertainment for ITV.[4] The pilot aired on 7



**Penn & Teller: Fool Us**

Title Card

| | |
|---|---|
| Also known as | Fool Us |
| Genre | Entertainment comedy |
| Format | Magic competition with live audience |
| Created by | Penn Jillette<br>Teller<br>Peter Adam Golden<br>Andrew Golder |
| Presented by | Jonathan Ross |
| Starring | Penn Jillette<br>Teller |
| Judges | Penn Jillette<br>Teller |

# Exhibit 22









## Exhibit 23







# Exhibit 24

■ gerard bakardy
  Aan Teller Penn & Teller



Beantwoorden ▾

Dear Mr. Teller,


On April 17th  I've sent you my careful thoughts without prejudice and
 asked you to explain what you mean  by publishing  my picture (exhibit 3
page 2 and 4) right under the toolbar from website links that I do not visit.
When the whole world can see my name in the same picture with 'man-
tube', Corbin. CF Select. 2 Long,


I'm still waiting and hoping to hear some respect and good faith in your
answer.


Regards.

Gerard

# **Exhibit 25**

⌐ Teller Penn & Teller                          24/04/2012
   Aan gerard bakardy                          Beantwoorden •

Dear Gerard,

There is no injury to you and no actionable bases for objecting to
documents filed with the United States Federal Court.

The screen shot was not made by you.  It cannot be reasonably inferred
that the sites you allude to are sites associated with you.

With all due respect. Gerard, you seem to be groping desperately for
some shred of defense to your infringement and threat of future
infringement.

If you have realistic, good-faith proposals to offer for settling this matter
out of court, please make them.

Otherwise. please stop wasting my time.

Respectfully,

TELLER

## Exhibit 26

http://arstechnica.com/tech-policy/2012/04/silent-magician-teller-files-copyright-suit-over-stolen-shadow-trick/ (                    )



http://www.themagiccafe.com/forums/viewtopic.php?topic=462255&forum=7&24&start=0



# Exhibit 27





# Exhibit 28

Counter on  06/06/2012 ... 669.114.187.



Counter 5 day's later 11/06/2012 ...   671.126.063.



671.126.063    min    669.114.187    = 2.011.876 (in 5 day's !)

 2.011.876 : 5 =

402.375 per day !



| | |
|---|---|
| Counter on  6 juni 2012 : | 669.114.187. |
| Counter on  18 oktober 2012 op : | 715.818.003. |
| In  4 months: | 46.703.816 'hits' |
| On this forum only ! | |

## Exhibit 29



← C □ www.esquire.com/features/teller-magician-nt Ⓜ ☆

🈂️ Deze pagina is ges... [Engels ▾] [Vertalen] [Nee] [Opties ▾]

Teller performing Shadows in 1976 at age twenty-eight, seven years before he copyrighted it. He conceived the trick as a teenager and has performed it onstage for more than thirty-five years.

**On April 11 of this year** — that date is precisely known — Teller did something it seems no magician has done in decades: He became the plaintiff in a lawsuit in United States District Court to protect one of his magic tricks against theft. The defendant is Gerard Bakardy. "This is an action for copyright infringement and unfair competition under federal statutes," the Nature of Action reads. "Plaintiff seeks damages, attorneys' fees, and costs."

When Teller filed his lawsuit, it made news: ROGUE MAGICIAN IS EXPOSING OUR SECRETS!!! read the TMZ headline. Teller did not like the coverage. The publicity might have sold more tickets to the show, but it misunderstood his purpose. Most of the stories suggested that he was suing Bakardy to protect the secret of his trick, the method. "The method doesn't matter," Teller says. He has performed Shadows over the years with three different methods, seeking perfection. The first involved a web of fishing line that took a painfully long time to set up; the second version required rigid, uncomfortable choreography; the third, today's version, he has never revealed. Bakardy, who said that he had seen Penn & Teller's show, almost certainly didn't use Teller's present method. He knew only the idea and the effect it had on the audience. He felt the crackle that runs through the otherwise silent theater when Teller wields his knife; he saw that some people start to cry, little soft sobs in the dark; he heard

5:44 PM
10/18/2012



themagiccafe.com forums The Magic Cafe Forums - P...

Todd Robbins    Posted: Apr 27, 2012 11:40am

I'm not sure there is anything to lose for Teller on this. Even if the court case can not be won, the publicity from this has made the facts of the situation clear to the public.

And yes, the exposure (pun intended) does have the potential to sell tickets to Penn & Teller's show at the Rio All Suite Hotel & Casino in Las Vegas Nevada. (Just doing what I can towards that goal too.)

The only real downsize is that the publicity also lets hack magicians around the world know where they can buy a rip-off of one of Teller's great routines.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

### CASE N° 2:12-cv-00591-JCM-GWF

# Exhibit  1 – 29

## DEFENSE

for and by

Gerard Dogge - Gerard Bakardy