**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TELLER, an individual, ) | |
| Plaintiff, ) | Case No. 2:12-cv-00591-JCM-GWF |
| vs. ) | **ORDER** |
| GERARD DOGGE (p/k/a GERARD BAKARDY), ) an individual, ) | Motion for Interpreter (#34); Motion for Use of Audio/Video (#35); Motion for Questioning (#36); Motion for Time Limit (#37); Motion for Security (#38) |
| Defendant. ) | |

These matters come before the Court on Defendant Gerard Dogge's ("Defendant") Motion for Interpreter (#34), Motion for Use of Audio/Video (#35), Motion to Permit Questioning of Plaintiff (#36), Motion to Set Time Limit for Pleadings (#37), and Motion to Guarantee Security (#38), all filed on October 22, 2012. Plaintiff Teller ("Plaintiff") filed a Response (#42) to all five motions on November 8, 2012.

In his Motion for Interpreter (#34), Defendant represents his English capabilities are insufficient to fully defend himself and requests the Court to provide an interpreter. Under Local Rule 43-1, "[a] party who anticipates needing the services of an interpreter shall make arrangements therefore, at the party's expense[.]" Defendant in this matter, although pro se, has made no representations regarding his ability to obtain an interpreter. The Court therefore finds no cause to grant Defendant's Motion (#34).

Defendant also moves to use audio and video material in his pleadings (#35). Plaintiff represents that discovery in this matter is likely to include audio and video material, and that a mechanism for facilitating the disclosure of such material can be discussed at an initial case conference. The use of audio and video material may be appropriate if permitted by the Federal

1  Rules of Civil Procedure and the Federal Rules of Evidence.  Defendant is directed to these Rules
2  to determine the permissibility of audio and video exhibits to his pleadings.
3      In his Motion (#38), Defendant requests the Court to inform him "in which way the Court
4  guarantees [his] security in and on [his] way to the Court."  The Lloyd D. George Courthouse for
5  the District of Nevada provides ample security for all entrants.
6      The Court construes Defendant's Motion to allow Plaintiff to be Questioned (#36) and
7  Motion to set a Time Limit to the Pleadings (#37) as requests to conduct depositions and for the
8  Court to enter a scheduling order.  Because Plaintiff does not oppose "the entry of an order
9  designating deadlines for various phases" of this case, the Court shall enter a scheduling order.  The
10 parties may thereafter conduct depositions, in accordance with the Federal Rules of Civil
11 Procedure.  Accordingly,
12     **IT IS HEREBY ORDERED** that Defendant Gerard Dogge's Motion to Provide a
13 Translator-Interpreter (#34) is **denied** without prejudice.  In the event Defendant seeks an
14 interpreter in the future, he is instructed to inform the Court of the need for an interpreter and the
15 language needing interpretation no fewer than thirty days before trial or ten days before any other
16 in-Court proceeding.
17     **IT IS FURTHER ORDERED** that Defendant's Motion for the Court to Permit the Use of
18 Video and Audio Materials (#35) is **denied** without prejudice.
19     **IT IS FURTHER ORDERED** that Defendant's Motion for the Court to Allow the Plaintiff
20 to be Questioned (#36) is **denied**.  The Court will enter a scheduling order, after which the parties
21 will be permitted to conduct depositions pursuant to the Federal Rules of Civil Procedure.
22     **IT IS FURTHER ORDERED** that Defendant's Motion for the Court to set a Time Limit
23 to the Pleadings (#37) is **granted.**  The Court will enter a scheduling order for this case.
24 ...
25 ...
26 ...
27 ...
28 ...

     **IT IS FURTHER ORDERED** that Defendant's Motion for the Court to Inform the Defendant in which way the Court Guarantees his Security (#38) is **granted.**  The Lloyd D. George Courthouse for the District of Nevada provides ample security for all entrants.

     DATED this 11th day of December, 2012.

                                                       _____
                                                       GEORGE FOLEY, JR.
                                                       United States Magistrate Judge