# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TELLER, an individual, | |
| Plaintiff, | Case No. 2:12-cv-00591-JCM-GWF |
| vs. | **ORDER** |
| GERARD DOGGE (p/k/a GERARD BAKARDY), an individual, | Motion for Clarification (#53) |
| Defendant. | |

This matter comes before the Court on Plaintiff Teller's ("Plaintiff") Motion for Clarification, filed on December 14, 2012. In its November 20, 2012 Order (#46), the Court granted Plaintiff's Motion (#41) to seal Exhibits 3, 4, and 10 to Defendant's Motions (#34-38) and Answer (#39), and Attachment 1 to Plaintiff's Motion (#8). The Court sealed Exhibits 3 and 4 and Attachment 1 because they contain confidential settlement offers and Plaintiff's proprietary trade information. The Court sealed Exhibit 10 to Defendant's Motions and Answer because they contain Plaintiff's personal email address.

In the instant Motion, Plaintiff notes that Defendant's Response (#43) to Plaintiff's Motion to Seal (#41) quotes the same information that warranted sealing Exhibits 3 and 4 and Attachment 1. *See, e.g., Doc. #43* at 2:11-22, 4:9-10. For the same reasons set forth in the Court's November 20, 2102 Order (#46), Plaintiff establishes good cause for sealing Defendant's Response (#43), and the balance between the public and private interests at stake in sealing the Response weighs in favor of Plaintiff. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Clarification Regarding this Court's Orders on Teller's Motion to Seal (#53) is **granted.**

**IT IS FURTHER ORDERED** that the Clerk of the Court shall seal Defendant's Response to Motion to Seal Certain Documents Filed as Exhibits to Dogge's Answer and Dogge's Miscellaneous Motions/Defenses (#43).

DATED this 17th day of December, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge