# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

TELLER, an individual,

       Plaintiff,

vs.

GERARD DOGGE (p/k/a GERARD BAKARDY), an individual,

       Defendant.

Case No. 2:12-cv-00591-JCM-GWF

**ORDER**

Motion to Redact Portion of Dogge's Opposition to Motion for Mirror Imaging and Consent (#91)

   This matter comes before the Court on Plaintiff Teller's ("Plaintiff") Motion to Redact Portion of Defendant Dogge's ("Defendant") Opposition to Motion for Mirror Imaging and Consent (#91), filed on May 28, 2013.  In its November 20, 2012 Order (#46), the Court granted Plaintiff's Motion (#41) to seal Exhibits 3, 4, and 10 to Defendant's Motions (#34-38) and Answer (#39), and Attachment 1 to Plaintiff's Motion (#8).  The Court sealed Exhibits 3 and 4 and Attachment 1 because they contain confidential settlement offers and Plaintiff's proprietary trade information.  The Court sealed Exhibit 10 to Defendant's Motions and Answer because they contain Plaintiff's personal email address.

   In the instant Motion, Plaintiff notes that Defendant's Opposition (#84) to Plaintiff's Motion For Mirror Imaging of Dogge's Hard Drive (#74), and For Stipulated Consent to Obtain Videos from YouTube (#75) contains the same information that warranted sealing Exhibits 3 and 4 and Attachment 1.  *See, e.g.*, Doc. #84 at 12:4.  For the same reasons set forth in the Court's November 20, 2102 Order (#46), Plaintiff establishes good cause for sealing Defendant's Opposition (#84), and the balance between the public and private interests at stake in sealing the Opposition weighs in favor of Plaintiff.  The Defendant is cautioned that continued inclusion of previously sealed information in future filings will result in sanctions. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Redact Portion of Dogge's Opposition to Motion for Mirror Imaging and Consent (#91) is **granted.**

**IT IS FURTHER ORDERED** that the Clerk of the Court shall seal Defendant's Opposition to Plaintiff's Motion For Mirror Imaging of Dogge's Hard Drive, and For Stipulated Consent to Obtain Videos from YouTube (#84).

DATED this 6th day of June, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge