UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| Teller, an individual, | ) | |
|                          Plaintiff, | ) | Case No. 2:12-cv-00591-JCM-GWF |
| vs. | ) | **ORDER** |
| Gerard Dogge (p/k/a Gerard Bakardy), an individual, | ) | Motion to Deem Third Set of Requests for Admission Admitted (#105) |
|                          Defendant. | ) | |

This matter comes before the Court on Plaintiff Teller's ("Plaintiff") Motion to Deem Third Set of Requests for Admission Admitted (#105), filed June 11, 2013. Plaintiff represents he served his Third Requests for Admission ("RFA") upon Defendant Gerard Dogge ("Defendant") on April 22, 2013. Responses to the RFA were due on May 28, 2013. *See* Fed. R. Civ. P. 36(a)(3) ("a matter is admitted unless, within 30 days after being served, the party to whom the request is directed serves on the requesting party a written answer or objection addressed to the matter and signed by the party or its attorney.").

**IT IS HEREBY ORDERED** that Defendant shall have 10 days from the date of this Order in which to file a response to Plaintiff's Motion to Deem Third Set of Requests for Admission Admitted (#105).

DATED this 13th day of June, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge