# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Teller, an individual,                     )<br>                                                   )<br>                              Plaintiff,   )<br>                                                   )<br>vs.                                            )<br>                                                   )<br>Gerard Dogge (p/k/a Gerard Bakardy), an  )<br>individual                                    )<br>                              Defendant.  )<br>_____ ) | Case No. 2:12-cv-00591-JCM-GWF<br><br>**ORDER**<br><br>Motion to Reject Exhibits (#88)<br>Motion to Seal Exhibits (#89) |

      This matter comes before the Court on Defendant Dogge's ("Defendant") Motion (#88) to Reject Exhibit 3 to Plaintiff's Notice of Corrected Image (#5) and Defendant's Motion to Seal (#89), both filed on May 24, 2013. Plaintiff Teller ("Plaintiff") filed a Response (#97) to both Motions on May 30, 2013. Defendant filed a Reply (#104) on June 10, 2013.

      Defendant first moves to "reject" Exhibit 3 to Plaintiff's Notice of Corrected Document Regarding the Complaint (#5) ("subject exhibit"). The subject exhibit omits an internet website bookmark bar that was visible when originally filed. *See Complaint, Doc. #1, Exh. #3*. Plaintiff represents the subject exhibit was corrected to address concerns Defendant communicated to Plaintiff. The omitted portion of the subject exhibit has no bearing on the merits of this litigation. Furthermore, under Local Rule 7-2(d), the failure of a moving party to file points and authorities in support of the motion shall constitute a consent to the denial of the motion. Defendant cites no authority to support striking or otherwise rejecting the subject exhibit. Therefore, the Court will deny Defendant's Motion to Reject Exhibit (#88).

      Defendant also moves to seal Exhibits 1a and 1b to his Motion to Investigate Plaintiff's Hard Drives (#85). On May 29, 2013, Plaintiff filed a Motion to Strike and Seal (#94) the Motion

(#85).  The Court granted Plaintiff's Motion (#94), and Defendant's Motion (#85) was subsequently stricken and sealed.  *See June 3, 2013 Order, Doc. #100.*  Therefore, the Court will deny Defendant's Motion to Seal (#89) Exhibits 1a and 1b to the already-sealed Motion (#85) as moot.  Accordingly,

**IT IS HEREBY ORDERED** that Defendant Gerard Dogge's Motion to Reject Exhibit (#88) is **denied**.

**IT IS FURTHER ORDERED** that Defendant Gerard Dogge's Motion to Seal (#89) is **denied** as moot.

DATED this 18th day of June, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge