# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| TELLER, an individual, | ) | |
| Plaintiff, | ) | Case No.  2:12-cv-00591-JCM-GWF |
| vs. | ) | **ORDER** |
| GERARD DOGGE (p/k/a GERARD BAKARDY), an individual, | ) | Motion for Clarification (#119) |
| Defendant. | ) | |

This matter comes before the Court on Plaintiff Teller's Motion for Clarification (#119), filed on July 8, 2013. Plaintiff filed an Emergency Motion to Compel (#116) on July 2, 2013, which the Court will hear on July 26, 2013. *See Minute Order, Doc. #118*. The deadline for the filing of dispositive motions in this case, however, is currently July 8, 2013. *See Scheduling Order, Doc. #52*. Plaintiff represents that in the event the Court grants his Motion to Compel (#116), additional discovery may require amending any dispositive motions filed in the interim. Plaintiff therefore seeks clarification of whether the Court's Minute Order (#118), by setting the hearing on his Motion (#116) for a date after July 8, 2013, extended the dispositive motions deadline. Upon review and consideration,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Clarification (#119) is **granted**.

...

...

...

...

...

**IT IS FURTHER ORDERED** that the last date to file dispositive motions shall be extended to **August 15, 2013**. The Court may, upon arguments at the July 26, 2013 hearing, grant an additional extension of the dispositive motions deadline if necessary.

DATED this 8th day of July, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge