1  Mark G. Tratos (Bar No. 1086)
   tratosm@gtlaw.com
2  Thomas F. Kummer (Bar No. 1200)
   kummert@gtlaw.com
3  Nancy R. Ayala (Bar No. 7146)
   ayalan@gtlaw.com
4  Peter H. Ajemian (Bar No. 9491)
   ajemianp@gtlaw.com
5  GREENBERG TRAURIG, LLP
6  3773 Howard Hughes Parkway
   Suite 400 North
7  Las Vegas, Nevada 89169
   Telephone: (702) 792-3773
8  Facsimile: (702) 792-9002
9  *Counsel for Plaintiff*

10              **UNITED STATES DISTRICT COURT**

11                 **DISTRICT OF NEVADA**

12  Teller, an individual,                          Case No. 2:12-cv-00591-JCM-GWF

13              Plaintiff,

14  v.                                              ~~[PROPOSED]~~ **ORDER GRANTING
                                                    MOTION REQUESTING LEAVE TO
15  Gerard Dogge (p/k/a Gerard Bakardy), an        FILE VIDEO EXHIBITS**
    individual.
16
                Defendant.
17

18

19

20          For good cause shown, the court hereby GRANTS Plaintiff's Motion Requesting

21  Leave to File Video Exhibits attached as **Exhibits 2 and 11** to Plaintiff's Reply in Support of his

22  Motion for Summary Judgment as to the Copyright Infringement Claim, filed on October 10, 2013

23  [Doc. No. 172].

24

25                          _George Foley Jr._____

26                          GEORGE FOLEY, JR.
                            United States Magistrate Judge
27
                            DATED:   October 11, 2013
28

*Left margin (vertical):* GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
Telephone (702) 792-3773
Facsimile (702) 792-9002