Mark G. Tratos (Bar No. 1086)
tratosm@gtlaw.com
Thomas F. Kummer (Bar No. 1200)
kummert@gtlaw.com
Nancy R. Ayala (Bar No. 7146)
ayalan@gtlaw.com
Peter H. Ajemian (Bar No. 9491)
ajemianp@gtlaw.com
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Teller, an individual, <br><br> Plaintiff, <br><br> v. <br><br> Gerard Dogge (p/k/a Gerard Bakardy), an individual. <br><br> Defendant. | Case No. 2:12-cv-00591-JCM-GWF <br><br> ~~[PROPOSED]~~ **ORDER GRANTING MOTION REQUESTING LEAVE TO FILE VIDEO EXHIBITS** |

For good cause shown, the court hereby GRANTS Plaintiff's Motion Requesting Leave to File Video Exhibits attached as **Exhibits 1 and 2** to Plaintiff's Reply in Support of Motion for Summary Judgment as to Unfair Competition Claim, filed on October 11, 2013 [Doc. No. 174].

_____
GEORGE FOLEY, JR.
United States Magistrate Judge

DATED: October 15, 2013