UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TELLER, an individual,<br><br>           Plaintiff(s),<br><br>v.<br><br>GERARD DOGGE (p/k/a Gerard Bakardy) an individual,<br><br>           Defendant(s). | 2:12-CV-591 JCM (GWF) |

**ORDER**

Presently before the court is plaintiff's emergency motion to stay the trial deadlines. (Doc. # 193). The defendant has not responded.

On March 30, 2014, the court entered an order granting in part and denying in part plaintiff's motion for summary judgment. (Doc. # 184). Trial on the remaining claims was thereafter scheduled for June 2, 2014. (Doc. # 189). The court simultaneously referred the matter to Magistrate Judge Foley to conduct a settlement conference, which is set for May 9, 2014. (*Id.*).

Per the pretrial order, the deadline for pretrial disclosures and motions *in limine* is currently May 2, 2014. In light of the fact that the pretrial deadline expires prior to the settlement conference, and the settlement conference has the potential to alleviate the need for any trial, the court will stay the current trial deadlines.

Per plaintiff's request, and in the interest of judicial efficiency, the current trial deadlines will be stayed until one (1) week after the settlement conference is concluded.

**James C. Mahan**
**U.S. District Judge**

1  Accordingly,

2  IT IS HEREBY ORDERED, ADJUDGED, and DECREED that plaintiff's emergency motion
3  to stay the trial deadlines (doc. # 193) be, and the same hereby is, GRANTED.

4  DATED May 1, 2014.

*/s/ James C. Mahan*
_____
**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**

- 2 -