# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

TELLER, an individual,

        Plaintiff(s),

v.

GERARD DOGGE (p/k/a Gerard Bakardy) an individual,

        Defendant(s).

2:12-CV-591 JCM (GWF)

## ORDER

Presently before the court is plaintiff Teller's emergency motion to strike. (Doc. # 199). *Pro se* defendant Gerard Dogge has not filed a response in opposition.

In the instant motion, Teller alleges that Dogge refuses to appear in person at trial, which is set for June 2, 2014. Teller also claims that Dogge has failed to make several required pretrial disclosures. For these reasons, Teller requests that the court strike Dogge's answer to the complaint and enter default in Teller's favor.

Though the court is not inclined to enter judgment without allowing Dogge to have an opportunity to defend himself at trial, case-dispositive sanctions may be necessary if Dogge does not comply with pretrial disclosure requirements. The court has granted a significant amount of leeway to Dogge given his status as a *pro se* litigant, but will not allow his inexperience with the law interfere with Teller's ability to present his case effectively.

. . .

**James C. Mahan**
**U.S. District Judge**

1  The court also admonishes Dogge that he will not be allowed to appear at trial telephonically. In order to guarantee fairness in this matter, all parties must appear in person.

Therefore, the court will deny Teller's motion at this time, but will order that Dogge fulfill all pretrial disclosure requirements within seven days. Additionally, Dogge will be required to file an affidavit within seven days regarding his intent to appear in person at trial, set for June 2, 2014.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that plaintiff Teller's motion to strike, (doc. # 199) be, and the same hereby is, DENIED without prejudice.

IT IS FURTHER ORDERED that defendant Dogge shall disclose to plaintiff Teller, within seven days of the entry of this order, all witnesses and exhibits he intends to present at trial.

IT IS FURTHER ORDERED that defendant Dogge shall file, within seven days of the entry of this order, an affidavit indicating that he has made all required pretrial disclosures and addressing his intent to appear in person at trial.

DATED May 16, 2014.

*[signature]*
**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**