1
2
3
4
5

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| TELLER, an individual, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:12-cv-00591-JCM-GWF |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| GERARD DOGGE (p/k/a GERARD BAKARDY), | ) | |
| an individual, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On April 21, 2014, the District Judge referred this action to the undersigned to conduct a settlement conference. Given the history of this lawsuit and the fact that Defendant, who is representing himself pro se, resides in a foreign country, the Court scheduled a telephonic hearing on May 9, 2014 to discuss with the parties the feasibility of conducting a settlement conference. During the hearing, Defendant Dogge made it reasonably clear that he will not appear for trial in the United States. The Court requested that each side submit brief confidential written statements regarding their positions on settlement. The parties did so. Based on the Court's review of those statements, and the status of this action, the Court does not believe a settlement conference would be productive. Accordingly, the Court will not schedule a settlement conference in this action.

**IT IS SO ORDERED.**

DATED this 21st day of May, 2014.

_George Foley Jr._
_____
GEORGE FOLEY, JR.
United States Magistrate Judge