**James C. Mahan**
**U.S. District Judge**

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TELLER, an individual,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>GERARD DOGGE (p/k/a Gerard Bakardy) an individual,<br><br>　　　　Defendant(s). | 2:12-CV-591 JCM (GWF) |

**ORDER**

Presently before the court is the case of *Teller v. Dogge*, 2:12-cv-00591-JCM-GWF.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the trial in this matter, currently scheduled for June 2, 2014, at the hour of 9:00 A.M., be vacated and continued to the July 7, 2014, trial stack with calendar call continued to July 2, 2014, at 1:30 p.m.

DATED May 30, 2014.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE