UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TELLER, an individual, | ) |
| Plaintiff, | ) Case No.  2:12-cv-00591-JCM-GWF |
| vs. | ) **ORDER** |
| GERARD DOGGE (p/k/a GERARD BAKARDY), an individual, | ) |
| Defendant. | ) |

This matter is before the Court on Plaintiff's Motion to Extend Adverse Inference Ruling Regarding Unfair Competition Claim (#202), filed on May 22, 2014.  Defendant did not file an opposition to Plaintiff's motion.  Plaintiff filed a Notice of Non-Opposition (#218) to his motion on June 13, 2014.

The undersigned has entered Report and Recommendation (#222) which, if adopted by the district judge, will result in the striking of Defendant Dogge's answer and the entering of his default.  In the event this action proceeds to trial, however, the court agrees with Plaintiff that the previous adverse inference granted by the court in order (#178 ) should also extend to Plaintiff's unfair competition claim against Defendant which remains an issue for trial.  Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Extend Adverse Inference Ruling Regarding Unfair Competition Claim (#202) is **granted**.

DATED this 17th day of June, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge