# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

TELLER, an individual,

        Plaintiff(s),

v.

GERARD DOGGE (p/k/a Gerard Bakardy) an individual,

        Defendant(s).

2:12-CV-591 JCM (GWF)

## ORDER

Presently before the court are plaintiff's motion to expedite trial, (doc # 186), defendant's motions to reconsider, (docs. # 204 & 217), and plaintiff's motions *in limine*, (docs. # 213 & 214). After these motions were filed, the court adopted a report and recommendation issued by Magistrate Judge Foley striking defendant's answer and ordering that default be entered against him. The clerk entered default against defendant on July 9, 2014, which rendered the pending motions in this action moot.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff's motion to expedite trial, (doc # 186), defendant's motions to reconsider, (docs. # 204 & 217), and plaintiff's motions *in limine*, (docs. # 213 & 214), be, and the same hereby are, DENIED as moot.

DATED August 1, 2014.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**