# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Teller,

Plaintiff,

V.

Gerard Dogge,
formerly known as Gerard Bakardy

Defendant.

**DEFAULT JUDGMENT IN A CIVIL CASE**

Case Number: 2:12-cv-00591-JCM-GWF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that Default Judgment is hereby entered in favor of Plaintiff Teller and against Defendant Dogge.

Plaintiff's motion for statutory damages is GRANTED in the amount of $15,000.

Plaintiff's motion for attorneys' fees and costs is GRANTED in the amount of $30,000 for costs and $500,000 for attorneys' fees, totaling $530,000.

October 1, 2014

Date

/s/ Lance S. Wilson

Clerk

/s/ Molly Morrison

(By) Deputy Clerk